IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-00957-WJM-BNB

DARREN BRUMMOND,

Plaintiff,

v.

AGENCY OF CREDIT CONTROL, INC., and
DOES 1-10, inclusive,

Defendants.
_____

**ORDER**
_____

I am informed that this case has been resolved.  Accordingly,

IT IS ORDERED that on or before **August 9, 2011**, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated July 26, 2011.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge